IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRENDA CALLAWAY,

        Plaintiff,

v.

                                              Case No. 19-cv-818-jdp

ANDREW M. SAUL,
Commissioner of Social Security,

        Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul, Commissioner of Social Security against plaintiff Brenda Callaway affirming the Commissioner's decision and dismissing this case.

s/ K. Frederickson, Deputy Clerk                     5/07/2020
Peter Oppeneer, Clerk of Court                       Date